APPEAL No. 76-201. RHODE ISLAND TURNPIKE AND BRIDGE AUTHORITY *v.* BETHLEHEM STEEL CORPORATION *et al.* Motions of the plaintiff and the defendants to file briefs in excess of 50 pages are granted. *Hogan & Hogan, Edward T. Hogan, Sheffield & Harvey, Brian G. Bardorf,* for plaintiff. *Edwards & Angell, John V. Kean, George W. Shuster, Keenan, Rice, Dolan, Reardon & Kiernan, John F. Dolan,* for defendants.

APPEAL No. 76-276. AUGUSTINE BRIMBAU *v.* AUSDALE EQUIPMENT RENTAL CORP. Motion of plaintiff to affirm judgment below pursuant to Rule 16(g) denied. *Gunning, LaFazia & Gnys, Inc., Raymond A. LaFazia,* for plaintiff. *Higgins, Cavanagh & Cooney, Kenneth P. Borden,* for defendant.

November 15, 1976.

APPEAL No. 76-372. JOSEPH O. WEAVER *et al. v.* UNITED CONGREGATIONAL CHURCH *et al.* Motion of the defendant to dismiss the plaintiffs' appeal is granted. *Ralph D. Morrison,* for plaintiffs. *Sheffield & Harvey, William R. Harvey,* for defendant United Congregational Church.

November 18, 1976.

M. P. No. 76-212. WASHINGTON PARK CITIZENS ASSOCIATION, INC. *et al. v.* BUILDING BOARD OF REVIEW, CITY OF PROVIDENCE. City Solicitor's office having failed to file a memorandum in opposition to the petitioners' motion to correct the record, said motion is granted. *Robert B. Mann,* for petitioners. *John H. McHugh,* Office of City Solicitor, for respondent.